IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HOWARD LEE HOWE,

    Petitioner,

v.

ROBERT LAMPERT,

    Respondent.

Civil No. 03-116-HU

ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS

**MOSMAN, Judge.**

On May 20, 2005, Magistrate Judge Hubel issued Findings and Recommendation (doc. #48) in the above-captioned case RECOMMENDING that the Petition for Writ of Habeas Corpus be DENIED. After a *de novo* review, the court ADOPTS the magistrate's findings and recommendation without modifications as the opinion of this court. See 28 U.S.C. § 636.

IT IS SO ORDERED.

DATED this 9th day of August, 2005.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge